# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO 6:16CR00032-01 |
| versus | JUDGE MINALDI |
| WADE BERGERON | MAGISTRATE JUDGE WHITEHURST |

### MINUTES OF COURT
### CHANGE OF PLEA HEARING

| | |
|---|---|
| Date: 2/23/2016 | Presiding: Judge Minaldi |
| Court Opened: 10:00 a.m. | Courtroom Deputy: Christina Chicola |
| Court Adjourned: 10:12 a.m. | Court Reporter: DD Juranka |
| **Statistical Time**: **00:12** | |

**APPEARANCES**

DEFENDANT: Wade Bergeron

GOVERNMENT COUNSEL: Alexander Van Hook

DEFENSE COUNSEL: Dustin Talbot (FPD)

_____ Defendant Present
_____ Defendant in Custody
_____ Defendant on bond
_____ Remanded to custody
_____ Personal Recognizance Bond
_____ Bond not made, remanded to custody
_____ Failed to Appear, warrant ordered
_____ Appearance Bond signed (AO 98)

**CASE CALLED FOR:**

 X  **Initial Appearance and Arraignment on Bill of Information**
- X   Bill of Information filed
- X   Waiver of Indictment Signed

 X  **Change of Plea**:
- X   Plea of guilty to count: **1 of the Bill of Information**
- X   Defendant under oath
- X   Defendant advised of Rule 11 rights
- X   Filed Affidavit of Understanding of Maximum Penalty and Constitutional Rights
- X   Filed Plea Agreement
- X   Filed Agreement and Waiver of Statue of Limitations
- X   Filed Stipulated Factual Basis for Guilty Plea
- X   Filed Elements of Offense
- X   Plea of guilty accepted
- X   Sentencing Set for: **May 24, 2016 @ 10:00 A.M.**

**COMMENTS:**

IT IS ORDERED that the defendant be released with the special condition that he does not posses a firearm. IT IS FURTHER ORDERED that the oral motion to seal the plea agreement filed on behalf of the defendant is hereby GRANTED.